IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JIMMY BACA,

    Plaintiff,

vs.                                                No. CV 13-0804 CG

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

    Defendant.

## ORDER EXTENDING BRIEFING DEADLINES

**THIS MATTER** having come before the Court upon Plaintiff's *Unopposed Motion to Extend Briefing Deadlines*, filed on May 2, 2014, (Doc. 15). The Court, finding good cause, hereby **GRANTS** the Motion.

**IT IS THEREFORE ORDERED** that:

1. Plaintiff shall file a Motion to Reverse or Remand Administrative Agency Decision with a supporting memorandum on or before **Friday June 6, 2014**.

2. Defendant shall file a Response on or before **Wednesday August 6, 2014**.

3. Plaintiff may file and a Reply on or before **Wednesday August 20, 2014.**

4. All supporting memoranda filed pursuant to this Order shall cite the transcript or record in support of assertions of fact and shall cite authority in support of propositions of law.

_____
THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE

**Submitted by**:
 s/ Francesca J. MacDowell
 Francesca J. MacDowell
Attorney for Plaintiff

**Approved by email on 5/2/14 by:**

Eric B. Tucker
Attorney for Commissioner

2